# UNITED STATES DISTRICT COURT
for the
District of Oregon

FILED04 JUN '21 16:28USDC-ORP
FILED04 JUN '21 16:28USDC-ORP

| | |
|---|---|
| United States of America<br>v.<br><br>ANTHONY A. AMOSS<br><br>_Defendant_ | )<br>)  Case No. 3:21-mj-00113<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_ ANTHONY A. AMOSS ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 1361, Destruction of Government Property

Date: 05/28/2021

/s/ Youlee Yim You
_Issuing officer's signature_

City and state: _____

Hon. Youlee Yim You, U.S. Magistrate Judge
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____
at _(city and state)_ _____

Date: _____

DATE 6/2/21
ARRESTED BY FPS
U.S. MARSHAL

_Arresting officer's signature_

_Printed name and title_