Mark Ahlemeyer, OSB No. 095997
Assistant Federal Public Defender
Email: mark_ahlemeyer@fd.org
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
Fax: (503) 326-5524

Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:21-mj-00113 |
| **Plaintiff,** | |
| v. | **DEFENDANT'S UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT** |
| ANTHONY A. AMOSS, | |
| **Defendant.** | |

Anthony Amoss, defendant in the above-entitled case, through counsel, Mark Ahlemeyer, hereby moves to continue his arraignment for 30 days, to a date on or after August 2, 2021. The arraignment is currently set for July 2, 2021. Assistant United States Attorney Gregory Nyhus does not object.

Mr. Amoss understands that, pursuant to 18 U.S.C. § 3161(b), he has a right to a speedy indictment, which requires the return of an indictment or filing of an information against him within thirty days of his arrest. He waives that right and consents to prosecution by indictment or information at a later time, not to exceed August 10, 2021.

Respectfully submitted this 30th day of June, 2021.

                                          */s/ Mark Ahlemeyer*
                                          Mark Ahlemeyer
                                          Attorney for Defendant