Mark Ahlemeyer, OSB No. 095997
Assistant Federal Public Defender
Email: mark_ahlemeyer@fd.org
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
Fax: (503) 326-5524

Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br>                          **Plaintiff,** <br><br> v. <br><br> **ANTHONY A. AMOSS,** <br><br>                          **Defendant.** | Case No. 3:21-mj-00113 <br><br> **DEFENDANT'S UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT** |

Anthony Amoss, defendant in the above-entitled case, through counsel, Mark Ahlemeyer, hereby moves to continue his arraignment for approximately 60 days, to a date on or after December 13, 2021. The arraignment is currently set for October 12, 2021. Assistant United States Attorney Gregory Nyhus does not object.

Mr. Amoss understands that, pursuant to 18 U.S.C. § 3161(b), he has a right to a speedy indictment, which requires the return of an indictment or filing of an information against him within thirty days of his arrest. He waives that right and consents to prosecution by indictment or information at a later time, not to exceed December 13, 2021.

Page 1   DEFENDANT'S UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT

Respectfully submitted this 8th day of October 2021.

    */s/ Mark Ahlemeyer*
Mark Ahlemeyer
Attorney for Defendant

**Page 2**   DEFENDANT'S UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT